

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

v.                           :     CRIMINAL NO. 8-737-1

MARK JOHNSON                 :

FILED
DEC 11 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER FOR BENCH WARRANT

AND NOW, this 11th day of December, 2008, on Motion of Laurie Magid, Acting United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE Elizabeth Hey
United States Magistrate Judge

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| MARK JOHNSON | : | |

<u>MOTION FOR BENCH WARRANT</u>

AND NOW, this          day of          , 2008, Laurie Magid, Acting United States Attorney for the Eastern District of Pennsylvania, and Derek A. Cohen and Louis D. Lappen, Assistant United States Attorneys move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

LAURIE MAGID
Acting United States Attorney

_____
DEREK A. COHEN
LOUIS D. LAPPEN
Assistant United States Attorney