IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | |
| v. | : | |
| | : | NO. 08-737-1 |
| MARK JOHNSON | : | |

## CONDITIONS OF RELEASE ORDER

**BAIL**

Defendant is **released on bail** in the amount of: $ 50,000
     **X**     O/R
     _____ cash
     _____ secured by:
         _____ % cash
         _____ property at: _____
         _____ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

**FILED**
**DEC 07 2010**
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**PRETRIAL SERVICES**

   **X**    Defendant shall report to Pretrial Services:
         **X**    **as directed** by Pretrial Services.
         _____ times per week **in person**.
         _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____ Defendant shall submit to **electronic monitoring** at the following address:
_____
_____.

   _____ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

   _____ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

### TRAVEL

\_\_\_\_\_ Travel is restricted to the **Eastern District of Pennsylvania**.
\_\_\_\_\_ Travel is restricted to the _____.
\_\_\_\_\_ Unless prior permission is granted by Pretrial Services.

### PASSPORT

__X__ Defendant shall surrender and/or refrain from obtaining a **passport**.

### FIREARMS

__X__ Defendant shall surrender and/or refrain from obtaining any **firearms**.

### MISCELLANEOUS

\_\_\_\_\_ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
\_\_\_\_\_ Defendant must maintain present **employment**.
\_\_\_\_\_ Defendant must **actively seek** gainful employment.
\_\_\_\_\_ Defendant shall undergo a **mental competency evaluation**.
\_\_\_\_\_ Defendant must reside:

at: _____

with: _____

### OTHER CONDITIONS:

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this __6th__ day of __DECEMBER__, 2010.

**BY THE COURT:**

_Joel Slomsky_